■ In the Matter of KRISTIN T. WRIGHT, Respondent, v JEFFREY J. PATAKY, Appellant. [930 NYS2d 528]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Scudder, P.J., Centra, Fahey, Green and Gorski, JJ.